**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| In Re: | NOTICE OF MOTION AND MOTION FOR DISMISSAL OR CONVERSION |
| PATRICIA A MCKISSICK | Case No. - BKY 04-32827 GFK |
| Debtor(s) | Chapter 13 |

_____

TO: All parties in interest under Local Rule 9013-3.

    1.    Jasmine Z. Keller, Trustee, moves the Court for the relief requested below and gives notice of hearing.

    2.    The Court will hold a hearing on this motion at 10:30 a.m., or as soon thereafter as counsel may be heard, on **April 28, 2005**, in U.S. Bankruptcy Court, Courtroom 228B, Second Floor, United States Courthouse, 316 North Robert Street, St Paul, Minnesota.

    3.    Any response to this motion must be filed and delivered not later than April 25, 2005, which is three days before the time set for the hearing (excluding Saturdays, Sundays, and holidays), or filed and served by mail not later than April 19, 2005, which is seven days before the time set for the hearing (excluding Saturdays, Sundays, and holidays).  *Unless a response opposing the motion is timely filed, the court may grant the motion without a hearing.*

    4.    The Court has jurisdiction of this motion pursuant to 28 U.S.C. §§157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1.  This proceeding is a core proceeding.  This motion arises under 11 U.S.C. §1307 and Bankruptcy Rule 1017. This motion is filed under Bankruptcy Rule 9013 and Local Rule 9013-1 *et seq*.  The petition commencing this Chapter 13 case was filed on  5/10/04.  The case is now pending in this Court.

    5.    If testimony is necessary as to any facts relevant to this motion, Lora Meier, Chapter 13 Office, 12 South 6th Street, Suite 310, Minneapolis, Minnesota, will testify on behalf of the Trustee.

    6.    The Trustee requests that this case be dismissed or converted to a Chapter 7 case because Debtor(s) failed to make payments to Trustee thereby creating current defaults or arrearages on plan payments of $600.00 as of April 7, 2005.  The last payment credited to the Debtor(s)' account was on 2/14/2005.  Total payments of $2400.00 have been made to date hereof.  Required monthly payments are currently $300.00.

**The April 2005 payment is not included in the listed default amount.**

Any payment less than the amount required to bring the plan current will not prevent dismissal of this case. If the default, including the payment due for April, is brought current by the hearing date, the Trustee will strike the motion.

**WHEREFORE,** the Trustee requests an order granting the relief prayed for herein.

**Jasmine Z. Keller, Trustee**

Dated: April 7, 2005

/e/ Margaret H. Culp
Thomas E. Johnson #52000
Margaret H. Culp #180609
Counsel for Chapter 13 Trustee
12 South 6th Street., Ste. 310
Minneapolis, MN  55402
(612) 338-7591

**VERIFICATION**

I, Lora Meier, an employee of the Trustee, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: April 7, 2005

/e/ Lora Meier
Lora Meier
Chapter 13 Office

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| In Re: | UNSWORN DECLARATION FOR PROOF OF SERVICE |
| PATRICIA A MCKISSICK | Case No. - BKY 04-32827 GFK<br>Chapter 13 |
| Debtor(s) | |

_____

I, Lora Meier, declare that on the date stated below I served a copy of the Notice of Motion and Motion for Dismissal or Conversion and Unsworn Declaration of Proof of Service, upon each of the entities named below by mailing to each of them a copy thereof, by enclosing same in an envelope with first-class mail, postage prepaid and depositing same in the post office at Minneapolis, Minnesota, addressed to each of them as follows:

**Copy to Debtor(s) addressed to:**
PATRICIA A MCKISSICK
2692 MICHAEL DR
MAPLEWOOD, MN  55119

**Copy to Debtor's Attorney addressed to:**
Michael C. Mjoen
7825 Washington Ave
Suite #500
Bloomington, MN  55439-

**Additional Copy(s) addressed to:**




**Copy to United States Trustee (By electronic means):**
United States Trustee
1015 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415

and I declare, under penalty of perjury, that the foregoing is true and correct.

Dated: April 7, 2005

                                              /e/ Lora Meier
                                              Lora Meier
                                              Chapter 13 Office