UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:   PATRICIA A MCKISSICK                          TRUSTEE'S FINAL ACCOUNT AND
                                                        REPORT CHAPTER 13 CASE

                                                        CASE NO. -  04-32827  GFK
                                                                    Dismissed

--------------------------------------------------------------------------------

The undersigned hereby submits their Final Accounting and Report as Standing Trustee in the above titled case.

## RECEIPTS

| | | |
|---|---|---|
| 1. | Total Payments received from debtor | $2,400.00 |
| 2. | Refunds from creditors | $0.00 |
| 3. | Less overpayment refunded to debtor | $0.00 |
| 4. | Total net funds paid by debtor, plus refunds from creditor | $2,400.00 |

## DISBURSEMENTS

| | | |
|---|---|---|
| 5. | Funds Delivered to Chapter 7 Trustee | $0.00 |
| 6. | Total dividends paid to creditors under debtors plan | $1,260.16 |
| 7. | Trustee's percentage fee computed on Items 6,8,9 | $139.84 |
| 8. | Debtor's Attorney fee allowed and paid | $1,000.00 |
| 9. | Debtor's Attorney expense allowed and paid | $0.00 |
| 10. | Charges Due Clerk Of U.S. Bankruptcy Court | $0.00 |
| 11. | Total Disbursements Made | $2,400.00 |

REMARKS:

At Minneapolis, Minnesota

 /e/ Jasmine Z. Keller                                  Date: 05/04/2005
Jasmine Z. Keller, Trustee

TRUSTEE'S FINAL ACCOUNT AND REPORT  PAGE 2

DEBTOR: PATRICIA A MCKISSICK  CASE NO. - 04-32827

---

Total Dividends Paid to Creditors
Secured (S), Priority (P), Unsecured (U)

| Claim | Type | Name of Claimant | Amount Paid |
|---|---|---|---|
|  | U | Total Unsecured Debt | $0.00 |
| 2 | P | Dept of the Treasury-Internal Rev Svc | $1,074.90 |
| 7 | S | The Cit Group/Sales Financing Inc | $185.26 |

At Minneapolis, Minnesota  Subtotal Dividends paid  1,260.16
  Total Dividends paid  $1,260.16

/e/ Jasmine Z. Keller  Date: 05/04/2005
Jasmine Z. Keller, Trustee